IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOANN T. PHAN-KRAMER and JONERIK KRAMER,** W/H<br><br>*Plaintiffs*,<br><br>v.<br><br>**AMERICAN STATES INSURANCE COMPANY**,<br><br>*Defendant*. | **Case No. 2:23-cv-01867-JDW** |

### ORDER

**AND NOW**, this 31st day of July, 2023, upon consideration of Plaintiffs' Motion For Leave To File Second Amended Complaint (ECF No. 19), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall amend the case caption to reflect American States Insurance Company as the Defendant in this case.

                 **BY THE COURT:**

                 */s/ Joshua D. Wolson*
                 JOSHUA D. WOLSON, J.