IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOANN T. PHAN-KRAMER and JONERIK KRAMER,** W/H<br><br>*Plaintiffs*,<br><br>v.<br><br>**AMERICAN STATES INSURANCE COMPANY**,<br><br>*Defendant*. | Case No. 2:23-cv-01867-JDW |

## ORDER

**AND NOW**, this 14th day of September, 2023, upon consideration of Defendant's Motion For Judgment On The Pleadings (ECF No. 28), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART**, and Count I of the Amended Complaint is **DISMISSED**. The Motion is otherwise **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.