IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOANN T. PHAN-KRAMER** and **JONERIK KRAMER,** W/H<br><br>*Plaintiffs*,<br><br>v.<br><br>**AMERICAN STATES INSURANCE COMPANY**,<br><br>*Defendant*. | **Case No. 2:23-cv-01867-JDW** |

## ORDER

**AND NOW**, this 21st day of June, 2024, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiffs' action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear their or its own costs and attorneys' fees.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.